### 22357. PETERS, Executor v. UNITED MORTGAGE CORPORATION.

DUCKWORTH, Chief Justice. This case being in all material respects the same as *Stephens v. Meyer,* ante, differing only in that the maker of the demand note was a man 82 years old instead of a woman 90 years of age, is controlled by that decision, and the judgment is

*Reversed. All the Justices concur.*

ARGUED FEBRUARY 11, 1964—DECIDED MARCH 5, 1964.

*R. P. Herndon,* for plaintiff in error.
*Wm. G. Grant, Robert W. Spears,* contra.